PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: George Acosta                                     Cr.: 07-CR-0007-01
                                                                    PACTS #: 39487

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway

Date of Original Sentence: 08/06/07

Original Offense: Conspiracy to Defraud the U.S.

Original Sentence: 366 days of custody; 3 years of supervised release; DNA; Financial Disclosure; No New Debt and $5,231,140 in restitution

Type of Supervision: TSR                          Date Supervision Commenced: 08/07/08

## STATUS REPORT

U.S. Probation Officer Action:

On August 7, 2008, the offender was began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on August 17, 2010.

Mr. Acosta currently resides in Scotch Plains, New Jersey. The offender is currently employed as a independent construction supervisor for Doctor James Mauti in Elizabeth, New Jersey. We believe that Mr. Acosta has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $25,825 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Acosta's term of supervision to expire as scheduled on August 6, 2011.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: July 17, 2011

$\dfrac{\text{8/9/11}}{\text{Date}}$